IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02059-RPM-MEH

KIMBERLY TEMPLE,

    Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

    Defendant.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [15] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney's fees and costs.

    DATED: November 30, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge